UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Velocity Patent LLC

                                            Plaintiff,

v.                                                                   Case No.: 1:13−cv−08418
                                                                             Honorable John W. Darrah

Audi of America, Inc., et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2014:

        MINUTE entry before the Honorable Michael T. Mason: For the reasons set forth in the accompanying Order, plainitff's motion to compel LPR 2.1(b)(1) disclosures and responses to discovery [49] is granted in part and denied in part. By 08/01/14, defendant shall complete the required discovery requests. By 07/18/14 defendant shall identify any third parties who have possession, custody, or control of responsive documents or information. Plaintiff's motion to compel LPR 2.4(a) disclosures [80] is stayed. Defendant is directed to investigate and produce any additional, relevant documents by 07/25/14. If necessary, the parties are directed to meet and confer pursuant to LR 37.2 by 08/04/14 before filing any additional discovery motions. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.